IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATHAN BRET, ) <br> ) <br> Defendant. ) | Case No. 8:03CR455 <br><br><br><br> **ORDER** |

THIS MATTER comes before the Court on defendant's Motion to Review Detention, filing 48. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released on July 6, 2005, to a member of the Federal Public Defender's office, to participate in the NOVA treatment program.

IT IS FURTHER ORDERED that the December 14, 2004, Order shall be modified to reflect the following:

(x) Follow all conditions of supervised release. Successfully complete the NOVA program. Immediately report to the nearest United States Marshal's office upon being unsuccessfully discharged from NOVA.

All other provisions of the December 14, 2004, Order shall remain in effect.

July 1, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge