IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 SEP -9 AM 11: 20

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATHAN BRET, )<br>)<br>Defendant. ) | Case No. 8:03CR455 |

## ORDER

THIS MATTER comes before the Court on defendant's motion to continue the September 13, 2005, revocation hearing in this case until a date and time certain in approximately 45-60 days. Filing ____. The Court, being fully advised in the premises, and noting that the government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until <u>November 17, 2005</u>, 200<u>5</u>, at <u>1:00</u> <u>p</u>. m. The defendant is ordered to appear at such time.

Dated this <u>9th</u> day of September, 2005.

BY THE COURT:

[signature]

The Honorable Richard G. Kopf
United States District Judge