IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:03CR455 |
| ) | |
| NATHAN BRET, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's motion to continue the November 17, 2005, revocation hearing in this case until a date and time certain in approximately 90 days. Filing 58. The Court, being fully advised in the premises, and noting that the government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until February 21, 2006, at 1:00 p.m. The defendant is ordered to appear at such time.

November 15, 2005.	BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge