IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR455 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| NATHAN BRET, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Bret's revocation hearing is rescheduled to Tuesday, February 7, 2006, at 12:00 noon, before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

    February 2, 2006.                    BY THE COURT:

                                                  s/ *Richard G. Kopf*
                                                  United States District Judge