IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR455 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| NATHAN BRET, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Bret's revocation hearing is rescheduled to Wednesday, February 22, 2006, **at 1:15 p.m.**, before the undersigned United States District Judge, in the Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

February 7, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge